**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Canel v. School of the Art Institute of Chicago

Case Number: 1:23-cv-17064

An appearance is hereby filed by the undersigned as attorney for:

School of the Art Institute of Chicago, Defendant

Attorney name (type or print): John W. Borkowski

Firm: Husch Blackwell LLP

Street address: 120 South Riverside Plaza, Suite 2200

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6320147
(See item 3  in instructions)

Telephone Number: 312.526.1538

Email Address: john.borkowski@huschblackwell.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☑Yes ☐No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  January 12, 2024

Attorney signature: S/ John W. Borkowski

(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023