**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Shiran Canel v. School of the Art Institute of Chicago, et al.

Case Number: 1:23-CV-17064

An appearance is hereby filed by the undersigned as attorney for:

Sandie Yi

Attorney name (type or print): Jonathan B. Blakley

Firm: Gordon Rees Scully Mansukhani, LLP

Street address: 1 N Franklin, Suite 800

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6308603
(See item 3 in instructions)

Telephone Number: (312) 619-4915

Email Address: jblakley@grsm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/17/2024

Attorney signature: S/ Jonathan B. Blakley
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015