IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRAN CANEL, <br><br> Plaintiff, <br><br> v. <br><br> SCHOOL OF THE ART INSTITUTE OF CHICAGO, and SANDIE YI, <br><br> Defendants. | Case No. 23 cv 17064 <br><br> Judge Maldonado |

**PLAINTIFF'S SUPPLEMENT TO HER MOTION FOR EXPEDITED DISCOVERY**

Plaintiff, Shiran Canel, through her attorneys and pursuant to this Court's January 24, 2024 Order, hereby supplements her Motion for Expedited Discovery (the "Motion") with proposed discovery to be served upon Defendants, upon this Court's approval, in connection with any preliminary injunction hearing to be scheduled by the Court. Plaintiff supplements her Motion with the following proposed discovery:

1) Exhibit A – Plaintiff's First Request for Production of Documents

2) Exhibit B – Plaintiff's First Set of Interrogatories

3) Exhibit C – Rule 30(b)(6) Deposition Notice

4) Exhibit D – Notice of Deposition of Adelheid Mers

5) Exhibit E – Notice of Deposition of Sandie Yi

Respectfully submitted,

**SHIRAN CANEL**

By: */s/ Steven P. Blonder*
     One of her attorneys

Steven P. Blonder (6215773)
Joanne A. Sarasin (6191817)
Laura A. Elkayam (6303237)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com
jsarasin@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
**STEELMAN ADVOCATE, P.C.**
3840 Via De La Valle
Del Mar, CA 92014
(424) 242-4603
eli@steelmanadvocate.com
(to be admitted pro hac vice)

**CERTIFICATE OF SERVICE**

I, Steven P. Blonder, an attorney, hereby certify that on January 24, 2024, I filed the foregoing *Plaintiff's Supplement to her Motion for Expedited Discovery* via the CM/ECF system, which will send notice to the following counsel of record:

John Borkowski
Karen Courtheoux
Katherine Tierney
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
John.borkowski@huschblackwell.com
Karen.courtheuox@huschblackwell.com
Katherine.tierney@huschblackwell.com
*Attorneys for Defendant School of the Art Institute of Chicago*

Susan Best
Jonathan Blakley
Maximilian Bungert
Gordon Rees Scully Mansukhani, LLP
1 N. Franklin, Suite 800
Chicago, IL 60606
sbest@grsm.com
jblakley@grsm.com
mbungert@grsm.com
*Attorneys for Defendant Sandie Yi*

*/s/ Steven P. Blonder*