# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRAN CANEL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SCHOOL OF THE ART INSTITUTE OF CHICAGO, and SANDIE YI,<br><br>　　　　　　　　　　　Defendants. | Case No. 23 cv 17064<br><br>Judge Maldonado |

**NOTICE OF 30(B)(6) DEPOSITION**

Pursuant to Fed. R. Civ. P. Rules 26 and 30, the deposition of the person identified below will be taken upon oral examination by use of stenographic means, at the time and place stated below before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:　　　　School of the Art Institute - *See Exhibit A*

METHOD OF RECORDING:　　　　　Stenographic

DATE AND TIME OF DEPOSITION:

PLACE OF DEPOSITION:　　　　　　Much Shelist, P.C., 191 N. Wacker Drive
　　　　　　　　　　　　　　　　　Suite 1800, Chicago, IL 60606

Pursuant to Federal Rule of Civil Procedure 30(b)(6), the School of the Art Institute of Chicago shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf regarding each of the Matters of Examination set forth below. The examination shall be recorded by stenographic means by a Court Reporter, Notary Public, or any other officer authorized by law to take depositions. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the local rules.

2

                                                **SHIRAN CANEL**

                                         By:    */s/ Steven P. Blonder*
                                                              One of her attorneys

Steven P. Blonder (6215773)
Joanne A. Sarasin (6191817)
Laura A. Elkayam (6303237)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com
jsarasin@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
**STEELMAN ADVOCATE, P.C.**
3840 Via De La Valle
Del Mar, CA 92014
(424) 242-4603
eli@steelmanadvocate.com
(to be admitted pro hac vice)

## EXHIBIT A

## MATTERS OF EXAMINATION

You shall designate one or more officers, directors, managing agents, or other person to appear on the date and time indicated above to testify on your behalf with respect to the following matters:

1. Steps taken or considered to be taken to address concerns raised by Plaintiff, Shiran Canel, regarding antisemitism, anti-Israeli conduct, discrimination, and/or harassment.

2. The allegations contained in paragraphs 39-86 of the Complaint, when SAIC learned about the alleged conduct, communications regarding the alleged conduct, and any actions or decisions contemplated or made by SAIC after learning of the alleged conduct.