# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHIRAN CANEL,<br><br>         Plaintiff,<br><br>v.<br><br>SCHOOL OF THE ART INSTITUTE OF CHICAGO, and SANDIE YI,<br><br>         Defendants. | Case No. 23 cv 17064<br><br>Judge Maldonado |

### NOTICE OF DEPOSITION

**YOU ARE HEREBY** notified that Plaintiff, Shiran Canel, will take the deposition of Sandie Yi before a notary public or other duly authorized officer on [date and time] at the offices of Much Shelist, P.C., 191 N. Wacker Dr., Suite 1800, Chicago, IL 60606.

                 **SHIRAN CANEL**

            By: */s/ Steven P. Blonder*
                One of her attorneys

Steven P. Blonder (6215773)
Joanne A. Sarasin (6191817)
Laura A. Elkayam (6303237)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com
jsarasin@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
**STEELMAN ADVOCATE, P.C.**
3840 Via De La Valle
Del Mar, CA 92014
(424) 242-4603
eli@steelmanadvocate.com
(to be admitted pro hac vice)