# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shiran Canel

                        Plaintiff,

v.                                                                       Case No.: 1:23−cv−17064

                                                                             Honorable Nancy L. Maldonado

School of the Art Institute of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado:Expedited discovery motion hearing held on 2/1/2024 via Webex Video Conference. As discussed on the record, the Court denies Plaintiff Canel's motion for expedited discovery [10] without prejudice on the grounds that it is overly broad, not targeted to Canel's preliminary injunction motion and more akin to discovery on the merits, and would be an inefficient and burdensome exercise that would delay these proceedings in light of the privilege and privacy issues that the discovery requests are likely to raise. The parties further report that Defendant School of the Art Institute (SAIC) has granted Plaintiff Canel certain accommodations that address some of Canel's preliminary concerns and further discussions are ongoing. Canel's preliminary injunction motion is not yet briefed and still under advisement, but as mentioned by the Court on the record, the Court has doubts about the continuing viability of Canel's request for preliminary relief in light of the accommodations and movement of the SAIC in committing to measures Plaintiff sought in her motion. The parties expressed interest in entering into a stipulation memorializing the SAIC's commitments to Canel that would likely moot the preliminary injunction, in this Court's view. The Court encourages the parties to continue discussing possible resolutions to the preliminary injunction motion. As the Court observed, the parties should be talking to each other about Plaintiff's motion and complaint. To aid in these discussions, this Court is entering a referral to assigned Magistrate Judge Fuentes for settlement conference as may be necessary. By March 7, 2024, the parties should submit a joint status report indicating the status of their discussions on an agreed order on the preliminary injunction motion. Alternately, if the parties come to an agreement before March 7, 2024, the parties may file a motion for entry of an agreed order by that same time. A status hearing is set for March 14, 2024 at 10:00 a.m. via WebEx video conference. The dial−in number for the public is: 650−479−3207; access code is: 23029248634. The parties will receive a WebEx invitation by email. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.