**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHIRAN CANEL, <br><br> Plaintiff, <br><br> v. <br><br> SCHOOL OF THE ART INSTITUTE OF CHICAGO and SANDIE YI, <br><br> Defendants. | No. 1:23-CV-17064 <br><br><br> Honorable Nancy Maldonado <br> Magistrate Judge Gabriel Fuentes |

**PLAINTIFF'S WITHDRAWAL OF ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Shiran Canel ("Shiran"), by her attorneys, states as follows:

1. On January 12, 2024, Shiran filed a Motion for Preliminary Injunction. [Dkt. 9.] Shiran was compelled to seek preliminary injunctive relief, because Defendant School of the Art Institute ("SAIC") responded to her filing this action by suspending its internal investigation and refusing to take any further steps toward addressing Shiran's concerns for the next semester.

2. After weeks of being non-responsive, shortly after 5:00 am on January 23, 2024, the morning of the presentment of Shiran's preliminary injunction motion and days away from the beginning of the spring semester, counsel for SAIC notified Plaintiff's counsel via email that SAIC would take some remedial actions to address the relief requested in the preliminary injunction motion. Specifically, as detailed in the SAIC's response to the motion for expedited discovery, SAIC agreed to undertake the following actions to address Plaintiff's concerns:

- SAIC will immediately resume its internal investigation of Shiran's complaint of discrimination and harassment.

- SAIC will arrange for Shiran to receive one-on-one tutoring in lieu of in-class instruction, while it continues to investigate Shiran's complaint of in-class discrimination and harassment.

- SAIC will cancel the course scheduled to be taught by Defendant Professor Yi in the upcoming semester. Enrolled students will be offered an opportunity to replace the course with an elective, at their option.

- SAIC will offer professional development in cultural sensitivity and bias training to all faculty in the Art Therapy Department, the program in which Shiran is enrolled.

- SAIC will provide school-wide programming on anti-semitism.

*See* Dkt. 32 at page 3.

3. SAIC offered these limited remedial measures at the very last minute, leaving Shiran with no practical alternative other than to continue her education in isolation for now. At this point, the semester is well underway and further disruption is unlikely to be beneficial.

4. Based on SAIC's representations to Plaintiff's counsel and this Court regarding the remedial actions that the school is undertaking and has taken in response to the motion for preliminary injunction, Shiran respectfully withdraws her motion for preliminary injunction.

Respectfully submitted,

**SHIRAN CANEL**
By: */s/ Steven P. Blonder*
    One of her attorneys

Steven P. Blonder (6215773)
Joanne A. Sarasin (6191817)
Laura A. Elkayam (6303237)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2402
sblonder@muchlaw.com

jsarasin@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman (admitted *pro hac vice*)
**STEELMAN ADVOCATE, P.C.**
1150 Iliff Street
Pacific Palisades, CA
(424) 242-4603
eli@steelmanadvocate.com