## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shiran Canel

                                          Plaintiff,

v.                                                                                                                Case No.: 1:23−cv−17064

                                                                                                               Honorable Nancy L. Maldonado

School of the Art Institute of Chicago, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: Plaintiff's motion to withdraw her preliminary injunction motion [44] is granted in view of SAIC's representations to Plaintiff's Counsel and this Court that it is currently undertaking remedial actions. Plaintiff's motion for preliminary injunction [9] is denied as moot. Additionally, the Court adopts the parties' proposed briefing schedule for Defendant SAIC and Defendant Sandie Yi's motions to dismiss: (1) by April 1, 2024, Plaintiff will file her response to the SAIC and Sandie Yi's motions to dismiss; (2) by April 15, 2024, SAIC and Sandie Yi will file their replies(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.