# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shiran Canel

                                              Plaintiff,

v.                                                                                Case No.: 1:23−cv−17064

                                                                                 Honorable Nancy L. Maldonado

School of the Art Institute of Chicago, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 18, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado:Status hearing held on 6/18/2024. The parties report that they are still in the midst of settlement discussions. As stated on the record, the Court grants Defendant Sandie Yi's motion to dismiss [43] and will issue a written order refining its reasoning within the next 30 days. The remaining parties, Canel and the SAIC, are encouraged to continue their attempts to settle this matter. Although the Court will not open discovery in whole while the SAIC's motion to dismiss remains pending, the Court directs the parties to meet and confer about exchanging and producing limited written discovery that might facilitate their settlement discussions. The Court refers this limited discovery supervision to Judge Fuentes given his insight into the parties' settlement talks. Lastly, Counsel for the SAIC clarified that the SAIC is not a suable entity and requested that the Court substitute the Art Institute of Chicago as the proper defendant. Canel confirmed that she does not oppose the substitution. The Clerk is therefore directed to substitute the Art Institute of Chicago as the proper defendant in place of the School of the Art Institute of Chicago. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.