## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shiran Canel

                        Plaintiff,

v.                                                         Case No.: 1:23−cv−17064

                                                          Honorable Nancy L. Maldonado

School of the Art Institute of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 18, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: In view of the district court's order today [66], and the referral of limited discovery to the magistrate judge, the joint settlement status report due on 6/20/24 is stricken and reset to noon on 6/27/24 for confidential submission to the Court's settlement mailbox. In addition, an on−the−record joint status report on the parties' views on scope and timetable for limited, settlement−related discovery and after Rule 26(f) conference is also due at noon 6/27/24 for filing on the docket. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.