UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRAN CANEL,<br><br>   Plaintiff,<br><br>v.<br><br>THE ART INSTITUTE OF CHICAGO,<br><br>   Defendant. | No. 1:23-CV-17064<br><br>Honorable Nancy Maldonado<br>Magistrate Judge Gabriel Fuentes |

### JOINT STATUS REPORT

Plaintiff Shiran Canel ("Plaintiff") and Defendant the Art Institute of Chicago ("Defendant") (collectively "the Parties"), by and through their respective attorneys, and pursuant to this Court's orders on June 18, 2024, Dkt. 67, and June 27, 2024, Dkt. 68, submit the following joint status report:

   1. On June 25, 2024, counsel for the Parties met and conferred regarding exchanging and producing limited written discovery that might facilitate their settlement discussions. Counsel for the Parties are consulting with their respective clients regarding a scope and timetable for that limited discovery. The parties expect that the agreed upon discovery material will be exchanged in advance of a renewed settlement conference.

   2. The parties remain interested in the possibility of settlement and are continuing discussions in furtherance of that possibility even prior to the scheduling of an additional settlement conference.

Respectfully submitted,

*Counsel for Plaintiff*

   *s/ Steven P. Blonder*

Steven P. Blonder
Laura Elkayam
Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
sblonder@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
Steelman Advocate PC
1150 Iliff Street
Pacific Palisades, CA
(424) 242-4603
eli@steelmanadvocate.com

*Counsel for Defendant Art Institute of Chicago*

   *s/ John W. Borkowski*

John W. Borkowski
Karen L. Courtheoux
Katherine M. Tierney
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500 Phone
(312) 655-1501 Fax
john.borkowski@huschblackwell.com
karen.courtheoux@huschblackwell.com
katherine.tierney@huschblackwell.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 3, 2024, he electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification to the following individuals listed below:

Steven P. Blonder
Laura Elakayam
Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
sblonder@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
Steelman Advocate PC
3840 Via De La Valle
Del Mar, CA 92014
eli@steelmanadvocate.com


                                                          /s/ *John W. Borkowski*