UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRAN CANEL, <br><br> Plaintiff, <br><br> v. <br><br> THE ART INSTITUTE OF CHICAGO, <br><br> Defendant. | No. 1:23-CV-17064 <br><br> Honorable Virgina Kendall <br> Magistrate Judge Gabriel Fuentes |

**JOINT STATUS REPORT**

Plaintiff Shiran Canel ("Plaintiff") and Defendant the Art Institute of Chicago ("Defendant" or "AIC") (collectively "the Parties"), by and through their respective attorneys, and pursuant to this Court's order on July 3, 2024, Dkt. 70, submit the following joint status report:

1. On July 8, 2024, counsel for Plaintiff sent an email to counsel for Defendant setting forth the discovery Plaintiff sought, which was composed of six requests for information.

2. On July 15, 2024, Defendant served a written response to Plaintiff's discovery requests. In its response, Defendant indicated that it would provide information responsive to five of the six requests.

3. On July 18, 2024, Defendant filed a Joint Motion for Entry of Agreed Confidentiality Order and submitted the proposed Agreed Confidentiality Order to the Court via email, per the Court's case procedures.

4. Defendant intends to produce to Plaintiff information responsive to those five requests by July 29, 2024, subject to an appropriate confidentiality order. However, one of those requests seeks investigative reports regarding all Title VI complaints over the past five years. Due to the substantial nature of the request and the fact that AIC has recently

1

transitioned the administrator in charge of these documents, Defendant may require additional time beyond July 29 to produce this information. Defendant will keep both this Court and Plaintiff aware of the status of its investigation of the files relevant to this inquiry.

5. Although the parties have a plan to move forward regarding five of Plaintiff's six discovery requests, the parties have not reached agreement on one request. Plaintiff seeks "[a]ll communications regarding Shiran, her Title IX Complaint or the pending lawsuit involving Denise Gardner or the Executive Committee of the Art Institute Board." In its July 15, 2024, response to Plaintiff's discovery requests, Defendant objected to this request. On July 16, Plaintiff requested that Defendant reconsider its objection. Defendant did reconsider this objection and believes it is appropriate. Plaintiff maintains that the information sought would facilitate settlement, but Plaintiff cannot further explain its position without reference to the confidential settlement proposal. Defendant disagrees that this request has any relationship to Defendant's settlement proposals.

Respectfully submitted,

*Counsel for Plaintiff*

  *s/ Steven P. Blonder*_____

Steven P. Blonder
Laura Elkayam
Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
sblonder@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
Steelman Advocate PC
1150 Iliff Street

Pacific Palisades, CA
(424) 242-4603
eli@steelmanadvocate.com

*Counsel for Defendant Art Institute of Chicago*

　*s/ John W. Borkowski*

John W. Borkowski
Karen L. Courtheoux
Katherine M. Tierney
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500 Phone
(312) 655-1501 Fax
john.borkowski@huschblackwell.com
karen.courtheoux@huschblackwell.com
katherine.tierney@huschblackwell.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 18, 2024, he electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification to the following individuals listed below:

Steven P. Blonder
Laura Elakayam
Much Shelist P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606
sblonder@muchlaw.com
lelkayam@muchlaw.com

Avraham E. Aizenman
Steelman Advocate PC
3840 Via De La Valle
Del Mar, CA 92014
eli@steelmanadvocate.com

/s/ *John W. Borkowski*