UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Shiran Canel

                       Plaintiff,

v.                                                    Case No.: 1:23−cv−17064
                                                      Honorable Georgia N Alexakis

Art Institute of Chicago, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 20, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: For the reasons reflected in the accompanying memorandum opinion and order, defendant's motion to dismiss [41] is granted, and plaintiff's complaint [1] is dismissed without prejudice. Plaintiff has until 3/24/2025 to file an amended complaint. If plaintiff does not file an amended complaint on or before that date, the dismissal will convert to one with prejudice, and the case will be closed. (ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.