**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Shiran Canel

                        Plaintiff,

v.                                          Case No.: 1:23–cv–17064
                                          Honorable Georgia N Alexakis

Art Institute of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis:The Court grants plaintiff's unopposed motion for an extension of time until 4/23/25 to file her first amended complaint [107]. The Court also grants plaintiff's request to file the first amended complaint in its entirety under seal based on plaintiff's representation that the first amended complaint will reflect information that defendant has designated as confidential. Plaintiff is directed to file a public version of the complaint, with any confidential information redacted, concurrently with the filing of the sealed version of the complaint. No appearance is required on 3/24/25. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.