**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Shiran Canel

                    Plaintiff,

v.                                  Case No.: 1:23–cv–17064
                                  Honorable Georgia N. Alexakis

Art Institute of Chicago, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 19, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons reflected in the accompanying memorandum opinion and order, Defendant AIC's motion to dismiss [139] is granted. Enter Memorandum and Opinion. Canel's Title VI claim (Count I) is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Canel's state–law claims (Counts II through V), so the dismissal of those counts as to AIC is without prejudice. The Clerk of Court is directed to enter final judgment. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.