ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Shiran Canel,

Plaintiff(s),

v.

Case No. 23-cv-17064
Judge Georgia N. Alexakis

Art Institute of Chicago, et al.

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Judgment is entered in favor of Defendants Art Institute of Chicago (AIC) and Sandie Yi. Plaintiff's federal claim is dismissed with prejudice; plaintiff's state-law claims as to AIC are dismissed without prejudice; plaintiff's state-law claim as to Yi is dismissed with prejudice. Decided on motions to dismiss [170] [71].

---

This action was (check one):

☐ tried by a jury with Judge                                      presiding, and the jury has rendered a verdict.
☐ tried by Judge                         without a jury and the above decision was reached.
☑ decided by Judge  Alexakis

Date: 3/18/2026                    Thomas G. Bruton, Clerk of Court

                          Steven Hotze                    , Deputy Clerk